UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MATLOSZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY COCA-COLA BEVERAGES LLC and TEAMSTERS LOCAL UNION NO. 830,<br><br>　　　　　　Defendants. | NO. 2:20-cv-05027-RBS |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Liberty Coca-Cola Beverages LLC, by and through its undersigned counsel of record, state as follows:

Defendant Liberty Coca-Cola Beverages LLC is a wholly owned subsidiary of Liberty CC Holdings LLC, which is a privately held company.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael R. Romeo*
　　　　　　　　　　　　　　　　　　Paul Lantis (PA # 309240)
　　　　　　　　　　　　　　　　　　Michael R. Romeo (PA #324694)
　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON, P.C.**
　　　　　　　　　　　　　　　　　　Three Parkway
　　　　　　　　　　　　　　　　　　1601 Cherry Street, Suite 1400
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102.1321
　　　　　　　　　　　　　　　　　　(267) 402-3000 (t)
　　　　　　　　　　　　　　　　　　(267) 402-3131 (f)
　　　　　　　　　　　　　　　　　　plantis@littler.com
　　　　　　　　　　　　　　　　　　mrromeo@littler.com

Dated: December 10, 2020　　　　　　*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I, Paul Lantis, hereby certify that the foregoing document was filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

               */s/ Michael R. Romeo*
               Michael R. Romeo

Dated:  December 10, 2020