# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MATLOSZ, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | NO.   2:20-cv-05027 |
| v. | : | |
| | : | |
| LIBERTY COCA-COLA BEVERAGES, LLC, | : | |
| And TEAMSTERS LOCAL UNION NO. 830, | : | |
| *Defendants.* | : | |

## DEFENDANT TEAMSTERS LOCAL UNION NO. 830's
## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Teamsters Local Union No. 830 ("Defendant" or the "Union"), by and through its attorney, hereby files the instant Motion to Dismiss which is further supported by the attached Memorandum of Law.

**WHEREFORE,** Defendant Union respectfully requests that this Honorable Court grant the instant Motion for Dismiss and dismiss the Complaint against the Union with prejudice.

Respectfully submitted,

**CLEARY, JOSEM & TRIGIANI, LLP**

BY:   /s/ *Jeremy E. Meyer*
JEREMY E. MEYER, ESQUIRE
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 735-9099
*Attorney for Defendant Union*

Dated:  December 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Defendant Teamsters Local Union No. 830's Motion to Dismiss with Exhibit, Memorandum of Law in Support of Its Motion to Dismiss*, and *proposed Order*, to be served on the below parties at the below addresses on the date indicated below by the court's electronic filing system and/or by email:

Brian M. Doyle, Esquire
Law Offices of Eric A. Shore, P.C
Two Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19110
BrianD@ericshore.com

*Attorney for Plaintiff*

Paul C. Lantis, Esquire
Littler Mendelson
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
plantis@littler.com

*Attorney for Defendant Liberty Coca-Cola Beverages, LLC*

*/s/ Jeremy E. Meyer, Esquire*
JEREMY E. MEYER, ESQUIRE

Dated:  December 10, 2020