IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MATLOSZ | : |
| | :     CIVIL ACTION |
| v. | : |
| | :     NO. 20-5027 |
| LIBERTY COCA-COLA BEVERAGES, LLC | : |

**O R D E R**

**AND NOW, TO WIT:** This ___3rd___ day of ___February___, 2022, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                       **KATE BARKMAN,** Clerk of Court

                                       **BY:** ___s/ Tashia C. Reynolds___
                                                   Civil Deputy Clerk to Judge Surrick

Emailed: 2/3/2022

Brian M. Doyle, Esquire
Paul C. Lantis, Esquire
Michael R. Romeo, Esquire
Tara Param, Esquire
Jeremy E. Meyer, Esquire